UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| JESSIE LEE HATCHER, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 3:14-cv-44 |
| v. ) | |
| ) | Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, ) | Magistrate Judge Guyton |
| ) | |
| *Defendant.* ) | |
| ) | |

## ORDER

On December 8, 2014, United States Magistrate H. Bruce Guyton filed his Report and Recommendation (Doc. 26) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Guyton recommended that (1) Plaintiff's Motion for Summary Judgment (Doc. 19) be denied; (2) Defendant's Motion for Summary Judgment (Doc. 24) be granted; (3) the Decision of the Commissioner be affirmed; and (4) this action be dismissed.

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has conducted a reviewed the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Guyton's well-reasoned conclusions.

---

[1] Magistrate Judge Guyton specifically advised Plaintiff that she had 14 days in which to object to the Report and Recommendation and that failure to do so would waive her right to appeal. (Doc. 26 at 18 n.1); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file any objections has now expired.

Accordingly:

- The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Guyton's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b);

- Plaintiff's Motion for Summary Judgment (Doc. 19) is **DENIED**;

- Defendant's Motion for Summary Judgment (Doc. 24) is **GRANTED**;

- The decision of the Commissioner is **AFFIRMED**;

- This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 7th day of January, 2015.

                                          */s/ Harry S. Mattice, Jr.*
                                          HARRY S. MATTICE, JR.
                                          UNITED STATES DISTRICT JUDGE